TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00158-CV

Madiri Holdings, Inc., Appellant

v.

Kathryn Dianne Russell, executrix of the estate of Martha Dianne Rice, Appellee

FROM THE DISTRICT COURT OF COMAL COUNTY, 274TH JUDICIAL DISTRICT

NO. C-93-0472C, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING

PER CURIAM

 We acknowledge the suggestion of death filed in this case and substitute as appellee
Kathryn Dianne Russell, executrix of the estate of Martha Dianne Rice. The parties have filed a joint
motion to dismiss this appeal. The motion is granted. Tex. R. App. P. 59(a)(1)(A). 

 The appeal is dismissed.

Before Chief Justice Carroll, Justices Aboussie and Kidd

Dismissed on Joint Motion

Filed: November 6, 1996

Do Not Publish